**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| RASHEED NIFAS, | : No. 349 WAL 2016 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| HEIDI SROKA, ET AL; S. SMITH; R. | : |
| SNYDER; J.DUPONT; S. DARR; B. | : |
| MURPHY; C. SAYLOR; R. GAUNTNER, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 7th day of December, 2016, the Petition for Allowance of Appeal

is **DENIED**.